JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEIU UNITED HEALTHCARE WORKERS – WEST,<br><br>Petitioner,<br><br>v.<br><br>LOS ROBLES REGIONAL MEDICAL CENTER,<br><br>Respondent. | CASE NO. 2:12-cv-9387 R (SHx)<br><br>**JUDGMENT GRANTING RESPONDENT'S MOTION FOR SUMMARY JUDGMENT AGAINST PETITIONER AND DENYING PETITIONER'S MOTION TO COMPEL ARBITRATION**<br><br>Date: March 18, 2013<br>Time: 10:00 a.m. |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the motion for summary judgment of Respondent Los Robles Regional Medical Center came on regularly for hearing on March 18, 2013, at 10:00 a.m., before the Honorable Manuel L. Real, U.S. District Court Judge.

The Court has considered the pleadings and files in this action, all of the papers and documents filed on behalf of each of the parties herein, and the oral arguments presented at the hearing of the motion. Satisfactory proof having been made, and good cause appearing therefore:

IT IS ORDERED, ADJUDGED, AND DECREED that there is no triable issue of fact with respect to any of the issues upon which the instant motion is based, that Respondent is entitled to summary judgment as a matter of law, and that the motion for summary judgment is GRANTED.

IT IS FURTHER ORDERED that the Petition to Compel Arbitration filed herein is dismissed with prejudice, that judgment be and hereby is entered in favor of Respondent and against Petitioner, and that Respondent is entitled to recover its costs.

IT IS SO ORDERED AND ADJUDGED.

Dated: _April 1, 2013_  _____
HON. MANUEL L. REAL
U.S. DISTRICT COURT JUDGE