1

JS-6

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   SEIU UNITED HEALTHCARE          CASE NO. 2:12-cv-9387 R (SHx)
     WORKERS – WEST,
12                                   **JUDGMENT GRANTING
                  Petitioner,        RESPONDENT'S MOTION FOR
13                                   SUMMARY JUDGMENT AGAINST
          v.                         PETITIONER AND DENYING
14                                   PETITIONER'S MOTION TO
     LOS ROBLES REGIONAL            COMPEL ARBITRATION**
15   MEDICAL CENTER,
                                     **Date:    March 18, 2013**
16                Respondent.        **Time:    10:00 a.m.**

17

18

19

20        **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

21        **PLEASE TAKE NOTICE** that the motion for summary judgment of

22   Respondent Los Robles Regional Medical Center came on regularly for hearing on

23   March 18, 2013, at 10:00 a.m., before the Honorable Manuel L. Real, U.S. District

24   Court Judge.

25        The Court has considered the pleadings and files in this action, all of the

26   papers and documents filed on behalf of each of the parties herein, and the oral

27   arguments presented at the hearing of the motion.  Satisfactory proof having been

28   made, and good cause appearing therefore:

FORD & HARRISON
LLP
ATTORNEYS AT LAW
LOS ANGELES

1    IT IS ORDERED, ADJUDGED, AND DECREED that there is no triable

2    issue of fact with respect to any of the issues upon which the instant motion is

3    based, that Respondent is entitled to summary judgment as a matter of law, and that

4    the motion for summary judgment is GRANTED.

5    IT IS FURTHER ORDERED that the Petition to Compel Arbitration filed

6    herein is dismissed with prejudice, that judgment be and hereby is entered in favor

7    of Respondent and against Petitioner, and that Respondent is entitled to recover its

8    costs.

9

10   IT IS SO ORDERED AND ADJUDGED.

11

12

13   Dated: _April 1, 2013_                    _____

14                                              HON. MANUEL L. REAL
                                                U.S. DISTRICT COURT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FORD & HARRISON
LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -                    *AMENDED* [PROPOSED] JUDGMENT
                         CASE NO. 2:12-CV-9387 R (SHx)